**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 08-0172 LJO |
| Plaintiff, | **ORDER ON DEFENDANT'S MOTION TO VOIR DIRE JURY** |
| vs. | (Doc. 19.) |
| RYAN CHRISTOPHER LYNN, | |
| Defendant. | |
| _____/ | |

This Court invokes the procedure outlined in F.R.Crim.P. 24(a)(2)(B). Nonetheless, each side of the case will be allowed 15 minutes of follow-up questioning to the Court's voir dire.

IT IS SO ORDERED.

**Dated:   February 19, 2009**                    **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE