1  LAWRENCE G. BROWN
   Acting United States Attorney
2  DAVID L. GAPPA
   Assistant United States Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:08-CR-00172 LJO |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| RYAN CHRISTOPHER LYNN, | |
| Defendant. | |

Based upon the guilty verdicts entered March 5, 2009, against defendant Ryan Christopher Lynn and the Forfeiture Hearing held that day, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant Ryan Christopher Lynn's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. A Toshiba laptop computer, model number PSL48U-013005, serial number 97143597R.

///

///

1

2. The above-listed property constitutes property which contains visual depictions produced, transported, mailed, shipped, or received, and is property used or intended to be used to commit and to promote the commission of a violation of 18 U.S.C. §§ 2252(a)(2) and 2252(a)(4)(B).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

///

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   March 23, 2009**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE