LAWRENCE G. BROWN
Acting United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559)497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:08-CR-00172-LJO |
|---|---|---|
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| v. | ) | |
| RYAN CHRISTOPHER LYNN, | ) | |
| Defendant. | ) | |

WHEREAS, on March 24, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the guilty verdicts entered March 5, 2009, against defendant Ryan Christopher Lynn and the proceeding Forfeiture Hearing, wherein the below-listed property was ordered forfeited to the United States:

    a.  A Toshiba laptop computer, model number PSL48U-013005, serial number 97143597R.

AND WHEREAS, beginning on April 3, 2009, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture

1  site www.forfeiture.gov. Said published notice advised all third
2  parties of their right to petition the Court within sixty (60) days
3  from the first day of publication for a hearing to adjudicate the
4  validity of their alleged legal interest in the forfeited property;
5      AND WHEREAS, the Court has been advised that no third party has
6  filed a claim to the subject property and the time for any person or
7  entity to file a claim has expired.
8      Accordingly, it is hereby ORDERED and ADJUDGED:
9      1.   A Final Order of Forfeiture shall be entered forfeiting to
10 the United States of America all right, title, and interest in the
11 above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of
12 according to law, including all right, title, and interest of Ryan
13 Christopher Lynn.
14     2.   All right, title, and interest in the above-listed property
15 shall vest solely in the name of the United States of America.
16     3.   The Department of Homeland Security, Customs and Border
17 Protection shall maintain custody of and control over the subject
18 property until it is disposed of according to law.

IT IS SO ORDERED.

**Dated:   August 4, 2009**           **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE