IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 08-0172 LJO |
| Plaintiff, | **RESENTENCING ORDER** |
| vs. | |
| RYAN CHRISTOPHER LYNN, | |
| Defendant. | |
| _____ / | |

This Court has reviewed the opinion of the Ninth Circuit Court of Appeals, filed on February 23, 2011 (No. 09-10242), and pursuant to instruction upon remand, issues the following SUPPLEMENTAL Resentencing Order. Both the Government and Defense have waived appearance by the Defendant for sentencing. As such, this Court ORDERS that:

1. Count 2, possession of child pornography, pursuant to 28 USC 2252(a)(4)(B), is hereby dismissed;
2. All references to now-dismissed Count 2 in the original order and judgment of sentencing are stricken; and
3. Since the original two charges were sentenced concurrently, this resetencing does not change the sentenced time in custody.

IT IS SO ORDERED.

**Dated:**   February 25, 2011          /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE

1